Petition for Writ of Mandamus Denied and Memorandum Opinion filed
September 19, 2006








 

Petition
for Writ of Mandamus Denied and Memorandum Opinion filed September 19, 2006.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-00467-CV

____________

 

IN RE GARLOCK SEALING TECHNOLOGIES LLC AND

GEORGIA-PACIFIC CORPORATION, Relators

 

 



 

ORIGINAL
PROCEEDING

WRIT OF MANDAMUS

 



 

M E M O R
A N D U M   O P I N I O N

On May
24, 2006, relators filed a petition for writ of mandamus in this
court.  See Tex. Gov=t Code Ann. ' 22.221; see also Tex.
R. App. P. 52.  In the petition, relators asked this court to compel the
Honorable Mark Davidson, presiding judge of the 11th Judicial District Court of
Harris County, to set aside his June 30, 2005 ruling and May 5, 2006 order
denying relators= motions to exclude evidence.

Relators
have not established that they are entitled to mandamus relief.  We accordingly
deny the petition for writ of mandamus. 

 

PER CURIAM

 

Petition Denied and Memorandum
Opinion filed September 19, 2006.

Panel consists of Justices Fowler,
Hudson, and Seymore.